UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

RECEIVED
FEB 1 2 2008
Feb 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gary E. Widing
_____
(Name of the plaintiff or plaintiffs)

V.

Knowledge Learning Corporation
_____
(Name of the defendant or defendants)

CIVIL ACTION

NO. _____
(Case number will be supplied by the assignment clerk)

08CV899
JUDGE HOLDERMAN
MAGISTRATE JUDGE VALDEZ

COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is **Gary E. Widing** of the county of **Cook** in the state of **IL**.
3. The defendant is _____, who resides at (street address) **17320 Throop**
   (city) **Hazel Crest** (county) **Cook** (state) **IL** (ZIP) **60429**
   (Defendant's telephone number) (708)- **957-4927**

(Guide to Civil Cases for Litigants Without Lawyers: Page 43)

4) The plaintiff sought employment or was employed by the defendant at
   (street address) _Knowledge Learning Corp._
   (city) _Chicago_ (county) _Cook_ (state) _IL_ (ZIP code) _____

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) _6_, (day) _29_, (year) _05_.

7. (a) The plaintiff [check one box] ☐ has not filed a charge or charges against the defendant ☑ has
   asserting the acts of discrimination indicated in this complaint with any of the following government agencies:
   
   (i) ☑ the United States Equal Employment Opportunity Commission on or about
       (month) _11_ (day) _19_ (year) _07_.
   
   (ii) ☐ the Illinois Department of Human Rights on or about
        (month) _____ (day) _____ (year) _____.

   (b) If charges were filed with an agency indicated above, a copy of the charge is attached. ☑ YES ☐ NO
   
   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☑ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.
   
   (b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) _____
   (day) _____ (year) _____ a copy of which *Notice* is attached to this complaint.

(Guide to Civil Cases for Litigants Without Lawyers: Page 44)

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

    (a) ☐ Age (Age Discrimination Employment Act).
    (b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (c) ☐ Disability (Americans with Disabilities Act)
    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☑ YES   ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☐ failed to hire the plaintiff.
    (b) ☐ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☑ other (specify): _Not recalled by KLC as a site manager._

(Guide to Civil Cases for Litigants Without Lawyers: Page 45)

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Received a Right to Sue letter from EEOC igr I wes discriminated of against.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

   (a) ☐   Direct the defendant to hire the plaintiff.
   (b) ☐   Direct the defendant to re-employ the plaintiff.
   (c) ☐   Direct the defendant to promote the plaintiff.
   (d) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's religion.
   (e) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.
   (f) ☐   Direct the defendant to (specify):_____

   (g) ☐   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(Guide to Civil Cases for Litigants Without Lawyers: Page 46)

(h) ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _____

(Plaintiff's name) _____

(Plaintiff's street address) _____

_____

(City) _____ (State) _____ (ZIP) _____

(Plaintiff's telephone number) (____) – _____