## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Gary E. Widing
(Please print)

STREET ADDRESS: 17320 Throop

CITY/STATE/ZIP: Hazel Crest, IL 60429

PHONE NUMBER: 709 957-4927

CASE NUMBER: 08CV899
JUDGE HOLDERMAN
MAGISTRATE JUDGE VALDEZ

Signature: Gary E. Wid[ing]    Date: 2/12/08

KC FILED
FEB 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)